UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY JOSEPH CASTILLO,<br><br>                Petitioner,<br><br>   v.<br><br>M. S. EVANS,<br><br>                Respondent. | CV F 05 0609 REC LJO HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br>[Doc. #8]<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS<br>[Doc. #1]<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

     On May 17, 2005, the Magistrate Judge issued a Findings and Recommendation that recommended the petition be DISMISSED as duplicative. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

     On June 9, 2005, Petitioner filed objections to the Findings and Recommendation.

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*

1  *novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections,
2  the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the
3  record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate
4  Judge's analysis.

5       Petitioner acknowledges that he has a pending petition in Case No. "CV F 04 6032 OWW
6  DLB HC" which concerns the same conviction and judgment. Petitioner states he has new claims
7  which he wishes to raise and he did not know whether to amend the first petition or file a new
8  petition, so he opted for the latter. Petitioner is advised that he must seek leave of Court in Case No.
9  "CV F 04 6032 OWW DLB HC" to amend the petition pursuant to Rule 15 of the Federal Rules of
10 Civil Procedure in order to present his additional claims.

11      Accordingly, IT IS HEREBY ORDERED that:

12     1. The Findings and Recommendation issued May 17, 2005, is ADOPTED IN FULL;

13     2. The Petition for Writ of Habeas Corpus is DISMISSED; and

14     3. The Clerk of Court is DIRECTED to enter judgment.

15     IT IS SO ORDERED.

16 **Dated:  June 13, 2005**                          **/s/ Robert E. Coyle**
   668554                                    UNITED STATES DISTRICT JUDGE